UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THOMAS RODRIGUEZ
TINA RODRIGUEZ,

                Plaintiff,                17-CV-251

v.

UNITED STATES OF AMERICA

                Defendant.
_____

## NOTICE OF CROSS-MOTION

**PLEASE TAKE NOTICE** that defendant, by its attorney, Michael S. Cerrone, Assistant United States Attorney, for James P. Kennedy, Jr., United States Attorney for the Western District of New York, hereby cross-moves this Court for an order: (i) pursuant to Federal Rule of Civil Procedure 37, compelling plaintiffs to respond to defendant's Requests for Admission and Third Request for Production of Documents and (ii) for such other and further relief as the Court may deem just or proper.   Defendant's motion is supported by the accompanying declaration of Michael S. Cerrone and a Memorandum of Law.

**PLEASE TAKE NOTICE** that the motion will be heard at the United States Courthouse, 2 Niagara Square, Buffalo, New York, at a date and time to be set by the Court.

DATED:    Buffalo, New York, July 12, 2018.

                                    Respectfully Submitted,

                                    JAMES P. KENNEDY, JR.
                                    United States Attorney


BY:      S/Michael S. Cerrone
            MICHAEL S. CERRONE
            Assistant U.S. Attorney
            U.S. Attorney's Office
            Western District of New York
            138 Delaware Avenue
            Buffalo, New York 14202
            716-843-5851
            michael.cerrone@usdoj.gov